**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Coyne & Company, a Minnesota Corporation, and Nancy Williams

Plaintiffs,

vs.

Centrum Corporation,

Defendant.

Civil No.: 01-CV-2432 DWF/AJB

**STIPULATION FOR EXTENSION TO ANSWER AND ORDER FOR EXTENSION TO ANSWER**

---

**IT IS HEREBY STIPULATED** by and between Plaintiffs Coyne's & Company, a Minnesota Corporation, and Nancy Williams, and Defendant Centrum Corporation, through their undersigned attorneys, that the time to answer for Defendant Centrum Corporation be extended by twenty days to February 26, 2002.

Dated: 2/5/02

FABYANSKY, WESTRA & HART, P.A

By: [signature]
PAUL L. RATELLE #127632
Attorneys for Plaintiffs
Coyne's & Company, a Minnesota Corporation, and Nancy Williams
920 Second Avenue South
Suite 1100
Minneapolis, Minnesota 55402
(612) 338-0115

Dated: 2/5/02

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

By: [signature]
SUSAN D. THURMER #122543
Attorneys for Defendant
Centrum Corporation
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 525-6945

FILED FEB 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

**ORDER**

**NOW, THEREFORE,** pursuant to the foregoing Stipulation of Extension to Answer as executed by the attorneys for their respective parties,

**IT IS HEREBY ORDERED** that Defendant Centrum Corporation's time to answer is extended by twenty days to February 26, 2002.

BY THE COURT:

Dated: 2/5/02

Magistrate Arthur J. Boylan
Judge of the United States District Court