UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Coyne's & Company, a Minnesota Corporation, and Nancy C. Williams,

Plaintiffs,

vs.

Centrum Corporation,

Defendant.

Civil No. 01-CV-2432 DWF/AJB

**STIPULATION TO EXTEND DISCOVERY AND ORDER**

The parties hereto through their undersigned counsel hereby enter into this Stipulation to extend discovery periods set forth in the Scheduling Order of this Court dated April 9, 2002 (the "Scheduling Order"). This stipulation is made pursuant to Rule 16.3 of the Local Rules of the United States District Court for the District of Minnesota.

WHEREAS, Plaintiffs commenced this action in order to recover damages for Defendant's infringement of Plaintiffs' copyright and to account for all gains, profits and advantages derived by Defendant through such trade practices, unfair competition and copyright infringement;

WHEREAS, to date, Plaintiffs have served interrogatories and requests for production of documents upon Defendant but the time for answering such written discovery has not expired;

WHEREAS, to date, Defendant has not served any written discovery;

WHEREAS, to date, neither Plaintiffs nor Defendant have conducted any oral depositions;

WHEREAS, it is impractical for the parties to designate experts in this matter until written discovery is served and answered;

NOW, THEREFORE, it is hereby agreed between and among Coyne's & Company, Nancy Williams and Centrum Corp., through their undersigned counsel, subject to approval of this Court, that the discovery periods and related deadlines for the disclosure of expert witnesses be extended by a period of 30 days from the dates currently established by the Scheduling Order of this Court as follows:

**AGREEMENT**

1. Discovery currently scheduled to be completed by November 15, 2002, shall be extended for completion on or before December 16, 2002.

AUG 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. The disclosure of expert witnesses currently scheduled to occur, for Plaintiffs, on August 15, 2002, and for Defendant on October 15, 2002, is extended to, respectively, September 15, 2002, and November 15, 2002.

3. The deadline for non-dispositive motions and supporting documents now set for November 15, 2002, shall be extended to December 15, 2002.

4. The deadline for dispositive motions and supporting documents now set for December 15, 2002, shall be extended to January 15, 2002

5. All other dates set forth in the pretrial order of this Court remain unaffected and continue in full force and effect.

DATED: August 8, 2002

**FABYANSKE, WESTRA AND HART, P.A.**

By: [signature]

Paul L. Ratelle (#127632)
Michael A. Rosow (#317998)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**COUSINEAU, McGUIRE & ANDERSON**

By: [signature]

James L. Haigh (#39469)
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 525-6943

**ORDER**

The foregoing stipulation of the parties is hereby approved by this Court and, accordingly, the discovery periods set forth in the pretrial Order of this Court are extended as provided above.

DATED: August 9, 2002

[signature]
Arthur J. Boylan
United States Magistrate Judge

N:\PL\MR\199591.doc