**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Coyne's & Company, a Minnesota Corporation, and Nancy C. Williams,

Plaintiffs,

vs.

Centrum Corporation,

Defendant.

Civil No. 01-CV-2432 DWF/AJB

**STIPULATION TO EXTEND DISCOVERY AND ORDER**

---

The parties hereto through their undersigned counsel hereby enter into this Stipulation to extend discovery periods set forth in the Order of this Court dated August 9, 2002 (the "Scheduling Order"). This stipulation is made pursuant to Rule 16.3 of the Local Rules of the United States District Court for the District of Minnesota.

WHEREAS, Plaintiffs commenced this action in order to recover damages for Defendant's infringement of Plaintiffs' copyright and to account for all gains, profits and advantages derived by Defendant through such trade practices, unfair competition and copyright infringement;

WHEREAS, Plaintiffs have served interrogatories and requests for production of documents upon Defendant on July 8, 2002, but did not receive answers to those interrogatories and document requests until August 30, 2002;

WHEREAS, to date, neither Plaintiffs nor Defendant have conducted any oral depositions;

WHEREAS, it is impractical for Plaintiffs to designate experts in this matter until Plaintiffs have had a reasonable opportunity to review Defendant's discovery responses;

NOW, THEREFORE, it is hereby agreed between and among Coyne's & Company, Nancy Williams and Centrum Corp., through their undersigned counsel, subject to approval of this Court, that Plaintiffs deadline for the disclosure of expert witnesses be extended by a period of 15 days from the date currently established by the Scheduling Order of this Court as follows:

**AGREEMENT**

1. The disclosure of expert witnesses currently scheduled to occur, for Plaintiffs, on September 15, 2002, is extended to, September 30, 2002.

2. All other dates set forth in the Scheduling Order and pretrial order of this Court remain unaffected and continue in full force and effect.

SEP 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: September 5, 2002

**FABYANSKE, WESTRA AND HART, P.A.**

By: [signature]

Paul L. Ratelle (#127632)
Michael A. Rosow (#317998)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**COUSINEAU, McGUIRE & ANDERSON**

By: [signature]

James L. Haigh (#39469)
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 525-6943

**ORDER**

The foregoing stipulation of the parties is hereby approved by this Court and, accordingly, the discovery periods set forth in the pretrial Order of this Court are extended as provided above.

DATED: September ___, 2002

Arthur J. Boylan
United States Magistrate Judge

DATED: September 5, 2002

**FABYANSKE, WESTRA AND HART, P.A.**

By: [signature]

Paul L. Ratelle (#127632)
Michael A. Rosow (#317998)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**COUSINEAU, McGUIRE & ANDERSON**

By: ______________________

James L. Haigh (#39469)
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 525-6943

**ORDER**

The foregoing stipulation of the parties is hereby approved by this Court and, accordingly, the discovery periods set forth in the pretrial Order of this Court are extended as provided above.

DATED: September 13, 2002

[signature]
Arthur J. Boylan
United States Magistrate Judge