**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Coyne's & Company, a Minnesota Corporation, and Nancy C. Williams,

Plaintiffs,

vs.

Centrum Corporation,

Defendant.

Civil No. 01-CV-2432 DWF/AJB

**STIPULATION TO EXTEND DISCOVERY AND ORDER**

---

The parties hereto through their undersigned counsel hereby enter into this Stipulation to extend discovery periods set forth in the Order of this Court dated August 9, 2002 (the "Scheduling Order"). This stipulation is made pursuant to Rule 16.3 of the Local Rules of the United States District Court for the District of Minnesota.

WHEREAS, Plaintiffs commenced this action on or about January 12, 2002 alleging infringement by Defendant of Plaintiffs' copyright unfair trade practices and unfair competition;

WHEREAS, Plaintiffs and Defendants have served interrogatories and requests for production of documents upon Defendant and entered into a Stipulation on September 5, 2002 extending Plaintiffs' additional time until September 30, 2002 to disclose expert witnesses;

WHEREAS, on or about October 18, 2002, Plaintiffs served Supplemental Answers to Defendant's Interrogatories disclosing additional information as to which Defendant may want to respond with testimony from an expert retained by Defendant;

WHEREAS, Plaintiffs and Defendant have scheduled a settlement conference with the Court for December 19, 2002 and have agreed that it is in their interest to have a reasonable opportunity to review discovery responses and prepare for negotiations and settlement conference and to proceed with discovery as necessary;

WHEREAS, Plaintiffs and Defendants agree that it is appropriate to extend discovery deadlines as set forth herein;

NOW, THEREFORE, it is hereby agreed between and among Coyne's & Company, Nancy Williams and Centrum Corp., through their undersigned counsel, subject to approval of this Court to extend discovery as established by the Scheduling Order of this Court as follows:

NOV 26 2002

## AGREEMENT

1. The disclosure of expert witnesses currently scheduled to occur, for Plaintiffs, on September 30, 2002, is extended to December 2, 2002.

2. The disclosure of expert witnesses currently scheduled to occur, for Defendant, on November 15, 2002, is extended to December 23, 2002.

3. The deadline for discovery to be completed currently scheduled to occur on December 15, 2002, is extended to January 30, 2002.

DATED: November 15, 2002

**FABYANSKE, WESTRA AND HART, P.A.**

By: ______________________

Paul L. Ratelle (#127632)
Michael A. Rosow (#317998)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**COUSINEAU, McGUIRE & ANDERSON**

By: ______________________

James L. Haigh (#39469)
Sarah L Sanville (#300445)
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 525-6943

## ORDER

The foregoing stipulation of the parties is hereby approved by this Court and, accordingly, the discovery periods set forth in the pretrial Order of this Court are extended as provided above. No Further Extentions will be granted, without A full hearing on whether good cause has been shown for the Extention of Time

DATED: November 26, 2002

______________________
Arthur J. Boylan
United States Magistrate Judge