**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Coyne's & Company, a Minnesota Corporation, and Nancy C. Williams,

Plaintiffs,

vs.

Centrum Corporation,

Defendant.

Civil No. 01-CV-2432 DWF/AJB

**STIPULATION AND ORDER**

---

The parties in the above-referenced matter have settled and compromised all claims on terms set forth in a Settlement Agreement and Release. Pursuant to the Settlement Agreement the parties have agreed to submit the following Order to the Court for its approval.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their undersigned counsel, that Defendant, Centrum Corporation ("Centrum") and its agents, employees, attorneys, and all persons acting in concert or participation with them, will be:

1. Permanently enjoined and restrained from infringing upon the copyrighted works of Nancy C. Williams ("Williams") and Coyne's & Company, Inc., a Minnesota corporation ("Coyne's") described as follows:

   (1) Snowman Holding Birdhouse and "Winter Is For the Birds" Sign;
   (2) Snowman with Pink Scarf and Yellow Hat Ornament;
   (3) Snowman Family with Bluebird Friends and "Welcome Friends" Sign;
   (4) Snowman Pulling Kid on Sled;
   (5) "Let it Snow" Musical Snowman;
   (6) Snowman with Pink Scarf and Yellow Hat Pin;
   (7) Snowman with Pink Scarf and Yellow Hat, with "Welcome Winter" Sign -- Pin;
   (8) Snowman with Blue Scarf and Black Hat Pin;
   (9) Snowman with Blue Scarf and Black Hat Ornament;

MAR 27 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(10) Snowman with Blue Scarf and Red Ear Muffs Ornament;
(11) Snowman with Red Scarf and Hat Ornament;
(12) Snowman with "Love" Sign Ornament;
(13) Snowman with "Peace" Sign Ornament;
(14) Snowman with "Joy" Sign Ornament;
(15) Snowman with Blue Scarf and Black Hat;
(16) Snowman with Birdhouse and Red Present;
(17) Snowman with "Frozen Vegetables" Sign;
(18) Snowman with "Let it Snow" Sign;
(19) Snowman with "Gettin' Ready" Sign;
(20) Snowman with "Yipee" Sign;
(21) Snowman Family with "Happy Holidays" Sign; and
(22) Snowman Family Caroling by Tree.

(collectively, the "Visual Art"). This Visual Art is covered by Certificates of Registration from the Register of Copyrights described as follows:

| Certificate No: | Dated | Visual Art No. | Exhibit |
|---|---|---|---|
| VA 1-096-586 | 10/01/01 | (1) | 23 |
| VA 1-096-585 | 10/01/01 | (2) | 24 |
| VA 1-104-640 | 10/15/01 | (3) | 25 |
| VA 1-104-641 | 10/15/01 | (4) | 26 |
| VA 1-104-642 | 10/15/01 | (5) | 27 |
| VA 1-104-643 | 10/15/01 | (6) | 28 |
| VA 1-104-644 | 10/15/01 | (7) | 29 |
| VA 1-104-645 | 10/15/01 | (8) | 30 |
| VA 1-104-646 | 10/15/01 | (9) | 31 |
| VA 1-104-647 | 10/15/01 | (10) | 32 |
| VA 1-104-648 | 10/15/01 | (11) | 33 |
| VA 1-104-649 | 10/15/01 | (12) | 34 |
| VA 1-104-650 | 10/15/01 | (13) | 35 |
| VA 1-104-651 | 10/15/01 | (14) | 36 |
| VA 1-104-652 | 10/15/01 | (15) | 37 |
| VA 1-104-653 | 10/15/01 | (16) | 38 |
| VA 1-104-654 | 10/15/01 | (17) | 39 |
| VA 1-104-655 | 10/15/01 | (18) | 40 |
| VA 1-104-656 | 10/15/01 | (19) | 41 |
| VA 1-104-657 | 10/15/01 | (20) | 42 |
| VA 1-104-658 | 10/15/01 | (21) | 43 |
| VA 1-104-659 | 10/15/01 | (22) | 44 |

2. Permanently enjoined and restrained from selling, transferring or importing any of the following products or any product derivative thereof on or after December 20, 2002:

H8500 Box Candy dish;
H8501 Basket;
H8502 Snow Candy Dish;
H8504 Cookie Jar;
H8505 Candle Lamp;
H8506 Votive Holder;
H8507 Teapot;
H8508 Lotion Pump;
H8609 Small Tidbit Tray;
H8510 Large Tidbit Tray;
H8512 Mr. Snowman Mug;
H8513 Mrs. Snowman Mug;
H8516 Sugar And Creamer Set;
H8600 Dessert Plate Set/4;
H8601 Mug Set/4;
H8604 Relish Dish;
H8605 Platter;
H8606 Chip & Dip; and
H8608 Tree Tidbit

(collectively, the "Alleged Infringing Products").

**FABYANSKE, WESTRA & HART, P.A.**

Dated: 1/28, 2003

By: [signature]
**Paul L. Ratelle** (#127632)
Attorneys for Plaintiffs
920 Second Avenue South, Suite 1100
Minneapolis, Minnesota 55402
(612) 338-0115

**COUSINEAU, McGUIRE & ANDERSON, CHARTERED**

Dated: ____________, 2003

By: ______________________________
**James L. Haigh** (#39469)
Attorneys for Defendant
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 525-6943

**ORDER**

That Defendant, Centrum Corporation, and its agents, employees, attorneys, and all persons acting in concert or participation with them are hereby:

1. Permanently enjoined and restrained from infringing upon the copyrighted works of Nancy C. Williams ("Williams) and Coyne's & Company, Inc., a Minnesota corporation ("Coyne's") described as follows:

(1) Snowman Holding Birdhouse and "Winter Is For the Birds" Sign;
(2) Snowman with Pink Scarf and Yellow Hat Ornament;
(3) Snowman Family with Bluebird Friends and "Welcome Friends" Sign;
(4) Snowman Pulling Kid on Sled;
(5) "Let it Snow" Musical Snowman;
(6) Snowman with Pink Scarf and Yellow Hat Pin;
(7) Snowman with Pink Scarf and Yellow Hat, with "Welcome Winter" Sign -- Pin;
(8) Snowman with Blue Scarf and Black Hat Pin;
(9) Snowman with Blue Scarf and Black Hat Ornament;
(10) Snowman with Blue Scarf and Red Ear Muffs Ornament;
(11) Snowman with Red Scarf and Hat Ornament;
(12) Snowman with "Love" Sign Ornament;
(13) Snowman with "Peace" Sign Ornament;
(14) Snowman with "Joy" Sign Ornament;
(15) Snowman with Blue Scarf and Black Hat;

(16) Snowman with Birdhouse and Red Present;
(17) Snowman with "Frozen Vegetables" Sign;
(18) Snowman with "Let it Snow" Sign;
(19) Snowman with "Gettin' Ready" Sign;
(20) Snowman with "Yipee" Sign;
(21) Snowman Family with "Happy Holidays" Sign; and
(22) Snowman Family Caroling by Tree.

(collectively, the "Visual Art"). Plaintiffs have received Certificates of Registration from the Register of Copyrights which are described as follows:

| Certificate No: | Dated | Visual Art No. | Exhibit |
|---|---|---|---|
| VA 1-096-586 | 10/01/01 | (1) | 23 |
| VA 1-096-585 | 10/01/01 | (2) | 24 |
| VA 1-104-640 | 10/15/01 | (3) | 25 |
| VA 1-104-641 | 10/15/01 | (4) | 26 |
| VA 1-104-642 | 10/15/01 | (5) | 27 |
| VA 1-104-643 | 10/15/01 | (6) | 28 |
| VA 1-104-644 | 10/15/01 | (7) | 29 |
| VA 1-104-645 | 10/15/01 | (8) | 30 |
| VA 1-104-646 | 10/15/01 | (9) | 31 |
| VA 1-104-647 | 10/15/01 | (10) | 32 |
| VA 1-104-648 | 10/15/01 | (11) | 33 |
| VA 1-104-649 | 10/15/01 | (12) | 34 |
| VA 1-104-650 | 10/15/01 | (13) | 35 |
| VA 1-104-651 | 10/15/01 | (14) | 36 |
| VA 1-104-652 | 10/15/01 | (15) | 37 |
| VA 1-104-653 | 10/15/01 | (16) | 38 |
| VA 1-104-654 | 10/15/01 | (17) | 39 |
| VA 1-104-655 | 10/15/01 | (18) | 40 |
| VA 1-104-656 | 10/15/01 | (19) | 41 |
| VA 1-104-657 | 10/15/01 | (20) | 42 |
| VA 1-104-658 | 10/15/01 | (21) | 43 |
| VA 1-104-659 | 10/15/01 | (22) | 44 |

2. Permanently enjoined and restrained from selling, transferring or importing any of the following products:

H8500 Box Candy dish;
H8501 Basket;
H8502 Snow Candy Dish;

H8504 Cookie Jar;
H8505 Candle Lamp;
H8506 Votive Holder;
H8507 Teapot;
H8508 Lotion Pump;
H8609 Small Tidbit Tray;
H8510 Large Tidbit Tray;
H8512 Mr. Snowman Mug;
H8513 Mrs. Snowman Mug;
H8516 Sugar And Creamer Set;
H8600 Dessert Plate Set/4;
H8601 Mug Set/4;
H8604 Relish Dish;
H8605 Platter;
H8606 Chip & Dip; and
H8608 Tree Tidbit

(collectively, the "Infringing Products") or any product derivate of the Infringing Products on or after December 20, 2002.

Dated: 3/22, 2003

Judge Donovan W. Frank
United States District Court

747221